IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| KAYLON PATTERSON | § | |
| VS. | § | CIVIL ACTION NO. 1:22-CV-520 |
| ZENA STEPHENS, SHERIFF, *et al.*, | § | |

REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Plaintiff, Kaylon Patterson, a former pre-trial detainee at the Jefferson County Correctional Facility, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Sheriff Zena Stephens, Chief FNU Shawnburger, and Major FNU Guillory.

The above-styled action was referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636 and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to the United States Magistrate Judge for findings of fact, conclusions of law, and recommendation for the disposition of the case.

Background

This claim was severed from Civil Action No. 1:22-CV-358 on November 17, 2022 (doc. # 1). A copy of the order of severance was returned as undeliverable on December 1, 2022, and docketed December 8, 2022, with the notation that Plaintiff was released (doc. # 3). Plaintiff has failed to update the court with his current address and has failed to otherwise communicate with the court.

Discussion

Federal Rule of Civil Procedure 41(b) authorizes a district court to dismiss an action for failure to prosecute or for failure to comply with any court order. *Larson v. Scott*, 157 F.3d 1030, 1031 (5th Cir. 1998). "This authority [under Rule 41(b)] flows from the court's inherent power to control its docket and prevent undue delays in the disposition of pending cases." *Boudwin v. Graystone Insurance Co., Ltd.*, 756 F.2d 399, 401 (5th Cir. 1985) (citing *Link v. Wabash, R.R. Co.*, 370 U.S. 626, 629 (1962)).

Plaintiff was released from the Jefferson County Correctional Facility and has failed to update the court with his current address, preventing the court from communicating with him. Plaintiff has failed to diligently prosecute this case.

## Recommendation

This civil rights action filed pursuant to 42 U.S.C. § 1983 should be dismissed for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

## Objections

Within fourteen (14) days after receipt of the magistrate judge's report, any party may serve and file written objections to the findings of facts, conclusions of law and recommendations of the magistrate judge. 28 U.S.C. § 636(b)(1)(c).

Failure to file written objections to the proposed findings of facts, conclusions of law and recommendations contained within this report within fourteen (14) days after service shall bar an aggrieved party from the entitlement of *de novo* review by the district court of the proposed findings, conclusions and recommendations and from appellate review of factual findings and legal conclusions accepted by the district court except on grounds of plain error. *Douglass v. United Servs. Auto. Ass'n,* 79 F.3d 1415, 1417 (5th Cir. 1996) (en banc); 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72.

**SIGNED this the 19th day of December, 2022.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE